**E-Filed 9/28/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert Perry; Tammy M. Rey, | Case No.: 10-CV-03167-LHK |
| Plaintiffs, | |
| v. | |
| National Default Servicing Corporation; Kondaur Capital Corporation; EMC Mortgage Corporation; GMAC Mortgage LLC; Mortgage Electronic Registration Service, Inc.; And All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in the Complaint Adverse to Plaintiffs' Title, or Any Cloud Upon Plaintiffs' Title Thereto, Does 1-100, | CORRECTED ORDER RE-SETTING HEARING ON MOTIONS TO DISMISS |
| Defendants. | |

**IT IS SO ORDERED.**

Defendants EMC Mortgage Corporation and Mortgage Electronic Registration Service, Inc. filed a motion to dismiss this case for failure to state a claim on August 3, 2010.  Defendant Kondaur Capital Corporation ("Kondaur") filed a separate motion to dismiss on August 9, 2010.  These motions were set for hearing on October 7, 2010.  In the interim, this Court denied Plaintiffs' request for a preliminary injunction staying the sale of the subject property, and the Plaintiffs appealed this decision.  The appeal is currently pending before the Ninth Circuit.  No opposition to the motions to dismiss has been filed by the Plaintiffs.

Case No.: 10-CR-03167-LHK
ORDER DENYING STAY PENDING APPEAL

In light of these facts, the Court hereby VACATES the October 7, 2010 hearing on Defendants' Motions to Dismiss, and re-sets the hearing for January 20, 2011. A case management conference will follow the hearing on these motions. The parties shall file the required Case Management Statement by January 13, 2011.

**IT IS SO ORDERED.**

Dated: September 28, 2010

_____
LUCY H. KOH
United States District Judge