1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| Robert Perry; Tammy M. Rey, ) | Case No.: 10-CV-03167-LHK |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| National Default Servicing Corporation; ) | |
| Kondaur Capital Corporation; EMC Mortgage ) | ORDER SETTING BRIEFING |
| Corporation; GMAC Mortgage LLC; Mortgage ) | SCHEDULE |
| Electronic Registration Service, Inc.; And All ) | |
| Persons Unknown Claiming Any Legal or ) | |
| Equitable Right, Title, Estate, Lien or Interest in ) | |
| the Property Described in the Complaint Adverse ) | |
| to Plaintiffs' Title, or Any Cloud Upon ) | |
| Plaintiffs' Title Thereto, Does 1-100, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This action was removed from state court on July 20, 2010.  On August 3, Defendants EMC Mortgage Corporation and Mortgage Electronic Registration Service, Inc. filed a Motion to Dismiss the underlying complaint for failure to state a claim.  *See* Dkt. No. 4.  On August 9, 2010, Defendant Kondaur Captial Corporation filed a Motion to Dismiss the complaint, also for failure to state a claim.  *See* Dkt. No. 13.  The Court re-set the hearing date for these motions for January 20, 2011.

Plaintiffs are hereby ordered to submit oppositions, or statements of non-opposition, to the Motions to Dismiss by no later than December 9, 2010.

Case No.: 10-CR-03167-LHK
ORDER SETTING BRIEFING SCHEDULE

1  Defendants are ordered to submit replies to these motions, if any, by December 16, 2010.

**IT IS SO ORDERED.**

Dated: November 18, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-03167-LHK
ORDER SETTING BRIEFING SCHEDULE